# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DURRELL PUCKETT,<br><br>    Plaintiff,<br><br>  v.<br><br>R. YOUNG, et al.,<br><br>    Defendants. | 1:13-cv-00840-BAM (PC)<br><br>ORDER DENYING MOTION TO ACCEPT DOCUMENTS FOR SERVICE OR ORDER PRISON LAW LIBRARY TO MAKE APPROPRIATE COPIES WITHOUT PREJUDICE (ECF No. 19)<br><br>ORDER DIRECTING CLERK OF COURT TO MAIL PLAINTIFF AN ENDORSED COPY OF THE SECOND AMENDED COMPLAINT<br><br>ORDER DIRECTING PLAINTIFF TO SUBMIT COPIES OF THE ENDORSED SECOND AMENDED COMPLAINT FILED ON JULY 21, 2014 WITHIN THIRTY DAYS |

Plaintiff Durrell Puckett ("Plaintiff") is a state prisoner proceeding in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  On July 21, 2014, Plaintiff filed a second amended complaint.  The Court screened the complaint pursuant to 28 U.S.C. § 1915A, and found that it stated cognizable claims against: (1) Defendants Grant, Meyers, Young, Jobb, Rodriguez, Slankard, and Martinez for excessive force; (2) Defendants Williams, Munoz, Peterson, Grant and Steers for failure to intervene; and (3) Defendant Slankard for deliberate indifference to Plaintiff's conditions of confinement.

1

On July 28, 2014, the Court instructed the Clerk of the Court to send Plaintiff USM-285 forms, summonses, a Notice of Submission of Documents form, an instruction sheet and a copy of the second amended complaint filed July 21, 2014.  The Court ordered Plaintiff to complete the Notice of Submission of Documents and submit it to the Court within thirty days, along with completed summonses, a USM-285 for each defendant, and twelve (12) copies of the endorsed second amended complaint filed on July 21, 2014. (ECF No. 16.)

On August 25, 2014, Plaintiff submitted his Notice of Submission of Documents, which included eleven summonses and eleven completed USM-285 forms.  However, Plaintiff failed to submit the required copies of the second amended complaint. (ECF No. 17.)

On August 25, 2014, Plaintiff filed a motion requesting that the Court accept his documents for service or order the prison law library to make appropriate copies.  Plaintiff explains that the CSP-Sacramento law librarian refuses to make legal copies because the complaint is not red-inked stamped from the Court. (ECF No. 19.)

At this time, the Court declines to accept the single copy of the complaint for service or to order the law librarian to make copies.  The Clerk of the Court will be directed to send Plaintiff a second copy of the endorsed second amended complaint filed on July 21, 2014.  Plaintiff will be granted an extension of time to submit the remaining eleven copies of the second amended complaint for service.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion to accept copies for service or order prison law librarian to make appropriate copies is DENIED without prejudice;
2. The Clerk of the Court is DIRECTED to mail Plaintiff a copy of the endorsed second amended complaint filed on July 21, 2014;
3. Within thirty (30) days from the date of this Order, Plaintiff SHALL SUBMIT eleven (11) copies of the endorsed second amended complaint filed on July 21, 2014.  Upon receipt of the copies, the Court will direct the United States Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4 without payment of costs; and

4. <u>Plaintiff's failure to comply with this Order may result in dismissal of this action.</u>

IT IS SO ORDERED.

Dated: **August 27, 2014**         /s/ Barbara A. McAuliffe
                                   UNITED STATES MAGISTRATE JUDGE