# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DURRELL PUCKETT,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>R. YOUNG, et al.,<br><br>　　　　Defendants. | 1:13-cv-00840-BAM (PC)<br><br>ORDER REGARDING STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE<br><br>(ECF No. 28) |

　　　　Plaintiff Durrell A. Puckett is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. This action proceeds on Plaintiff's second amended complaint, filed on July 21, 2014, against Defendants Grant, Meyers, Young, Jobb, Rodriguez, Slankard and Martinez for excessive force, against Defendants Williams, Munoz, Peterson, Grant and Steers for failure to intervene, and against Defendant Slankard for deliberate indifference to Plaintiff's conditions of confinement.

　　　　On January 5, 2014, Defendants filed a "Stipulation for Voluntary Dismissal with Prejudice." (ECF No. 28.) Defendants represent that the parties have resolved this case in its entirety and stipulate to a dismissal of this action with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). However, the document is signed electronically for Plaintiff as "*/s/ THD for Durrell A. Puckett*." (ECF No. 28, p. 2.) The electronic signature does not comply with Local Rule 131 and Plaintiff has not been authorized to file papers electronically.

Accordingly, within fourteen (14) days following service of this order, defense counsel shall scan and file the stipulation for voluntary dismissal, along with the signature page containing the original signatures of Plaintiff and defense counsel.

IT IS SO ORDERED.

Dated: **January 5, 2015**              /s/ *Barbara A. McAuliffe*
                                          UNITED STATES MAGISTRATE JUDGE