UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DURRELL PUCKETT,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>R. YOUNG, et al.,<br><br>　　　　　Defendants. | Case No.: 1:13-cv-00840-AWI-BAM (PC)<br><br>ORDER DISMISSING ACTION WITH PREJUDICE<br><br>(ECF No. 30) |

Pursuant to the stipulation of voluntary dismissal filed by the parties on January 6, 2015, this action is DISMISSED in its entirety with prejudice. (ECF No. 30.) Each party shall bear its own costs and attorneys' fees.

IT IS SO ORDERED.

Dated:   January 7, 2015                                 _____
　　　　　　　　　　　　　　　　　　　　　SENIOR   DISTRICT   JUDGE

1